**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RICHARD JACKSON**                                                                                  **PETITIONER**

v.                                        **Case No. 5:14-cv-00308-KGB/PSH**

**WENDY KELLEY, Director of the
Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

It is so adjudged this 27th day of April, 2016.

_____
Kristine G. Baker
United States District Judge